UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY SERRATO,

        Plaintiff,

CASE NUMBER: 11-11612
HONORABLE VICTORIA A. ROBERTS
MAG. JUDGE WHALEN

v.

COMMISSION OF SOCIAL SECURITY,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 6, 2012, Magistrate Judge Whalen issued a Report and Recommendation [Doc.19], recommending Plaintiff's Motion for Summary Judgment [Doc. 11] be **DENIED** and Defendant's Motion for Summary Judgment [Doc. 17] be **GRANTED**. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Thus, the Court adopts the Report and Recommendation. Plaintiff's Motion is **DENIED** and Defendant's Motion is **GRANTED**.

**IT IS ORDERED**.

          /s/ Victoria A. Roberts
          Victoria A. Roberts
          United States District Judge

Dated: June 6, 2012

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 6, 2012.

S/Linda Vertriest
Deputy Clerk